# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>         Plaintiff,<br>    vs.<br><br>PHO SUPER BOWL CORPORATION; CCW, LLC; and DOES 1 through 10,<br><br>         Defendants. | **Case No.: 2:19-cv-10669-PA (MAAx)**<br>Assigned to Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: April 07, 2020

_____
United States District Court Judge